FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV 11 AM 9: 37

CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

CHARLIE PHILPOT,                          :
                                          :
                Plaintiff,                :
                                          :
v.                                        :         CIVIL ACTION NO.: CV609-040
                                          :
DON JARRIEL; WAYNE JOHNSON;               :
JAMES THOMPSON; and ANGIELEA              :
HENRY,                                    :
                                          :
                Defendants.               :

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he had a bottom bunk and bottom range profile, which the Defendants were required to follow. Plaintiff also asserts that his health was in danger, and Defendants failed to remedy the unlawful condition they knew or should have known about once Plaintiff produced his profile to them.

Plaintiff, as the Magistrate Judge noted, has not presented any evidence that Defendants knew Plaintiff's medical problems were of a nature which posed a serious risk to his safety or health or that Plaintiff's bottom bunk and range profile was issued based on a medical necessity. Plaintiff's Objections are without merit.

AO 72A
(Rev. 8/82)

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _____ day of _____, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA